Send-O

FILED
CLERK, U.S. DISTRICT COURT

JUN 28 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: ED CR 03-84-VAP |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | ) | |
| Herbert Lee Green | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

  (X) information in the Pretrial Services Report and Recommendation

  (X) information in the violation petition and report(s)

  ( ) the defendant's nonobjection to detention at this time

  ( ) other: _____

1

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    ( ) the defendant's nonobjection to detention at this time

    ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: June 28, 2012

                                            SHERI PYM
                                     United States Magistrate Judge